UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 21-CR-3289-JLS |
|---|---|
| Plaintiff, | |
| v. | ORDER CONTINUING MOTION HEARING/TRIAL SETTING |
| HILARIO PINEDA-ORTEGA, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that Mr. Pineda-Ortega's motion hearing/trial setting currently scheduled for January 7, 2022, be continued to February 11, 2022, at 1:30 p.m.

**IT IS FURTHER ORDERED** that time be excluded under the Speedy Trial Act at 18 U.S.C. § 3161(h)(7). The Court finds that the continuance serves the ends of justice and outweighs the public and Defendant's interest in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

Dated: January 3, 2022

Hon. Janis L. Sammartino
United States District Judge