# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> HILARIO PINEDA-ORTEGA, <br> Defendant. | CASE NO.:  21-CR-3289-JLS <br><br> ORDER CONTINUING MOTION HEARING/TRIAL SETTING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

Pursuant to joint motion, **IT IS HEREBY ORDERED** that Mr. Pineda-Ortega's motion hearing/trial setting currently scheduled for February 11, 2022, be continued to March 11, 2022, at 1:30 p.m.

**IT IS FURTHER ORDERED** that time be excluded under the Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(D), (7). The ends of justice served by granting the requested continuance outweigh the best interest of the public and defendant in a speedy trial. Counsel has been unable to meet with her client to explain the plea offer to him because of the recent surge in COVID cases at the facility at which he is being held.

**SO ORDERED.**

Dated: February 9, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge