UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.:   21-CR-3289-JLS |
|---|---|
| Plaintiff, | |
| v. | ORDER CONTINUING MOTION HEARING/TRIAL SETTING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| HILARIO PINEDA-ORTEGA, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that Mr. Pineda-Ortega's motion hearing/trial setting currently scheduled for March 11, 2022, be continued to April 8, 2022, at 1:30 p.m.

**IT IS FURTHER ORDERED** that time be excluded under the Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(D), (7). The ends of justice served by granting the requested continuance outweigh the best interest of the public and defendant in a speedy trial.

**SO ORDERED.**

Dated: March 3, 2022

Hon. Janis L. Sammartino
United States District Judge